10-2096-cr
United States v. Sosa-Uraga

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of June, two thousand eleven.

PRESENT:  JOHN M. WALKER, JR.,
          BARRINGTON D. PARKER,
          DENNY CHIN,
                    Circuit Judges.

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,
          Appellee,

          -v.-                                    10-2096-cr

LUIS SOSA-URAGA, a/k/a Juan Guitteres,
a/k/a Juan Guiterres, a/k/a Juan
Gutierrez, a/k/a Luis Rey Sosa-Vraga,
a/k/a Daniel Santos,
          Defendant-Appellant.

- - - - - - - - - - - - - - - - - - - - -x

FOR DEFENDANT-APPELLANT:        DAVID A. LEWIS, Federal Defenders
                                of New York, Inc., Appeals Bureau,
                                New York, New York.

FOR APPELLEE:                   JAMES J. PASTORE, JR., Assistant
                                United States Attorney (Katherine
                                Polk Failla, Assistant United
                                States Attorney, on the brief), for
                                Preet Bharara, United States
                                Attorney for the Southern District
                                of New York, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Castel, J.) convicting defendant-appellant of illegal reentry into the United States.

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Defendant-appellant Luis Sosa-Uraga appeals from a judgment of conviction, entered May 21, 2010, convicting him of illegal reentry into the United States subsequent to a conviction for commission of an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). The district court sentenced Sosa-Uraga principally to a term of 46 months' imprisonment and three years' supervised release. We assume the parties' familiarity with the facts and record of prior proceedings, which we reference only as necessary to explain our decision to affirm.

We review a district court's sentence for procedural and substantive reasonableness. United States v. Cavera, 550 F.3d 180, 189 (2d Cir. 2008) (en banc). Sosa-Uraga challenges the reasonableness of his sentence, arguing that the district court failed to adequately explain its reasons for imposing its sentence. He acknowledges, however, that his counsel did not object at the close of sentencing to the statement of reasons that the court provided.

The record reflects that the district court gave detailed reasons supporting the sentence it imposed. We conclude that the sentence was procedurally and substantively reasonable,

and that the district court committed no error, much less plain error.  See United States v. Marcus, 130 S. Ct. 2159, 2164 (2010).  The district court acted well within its "considerable sentencing discretion."  United States v. Jones, 531 F.3d 163, 174 (2d Cir. 2008).

We have considered all of Sosa-Uraga's other contentions on appeal and have found them to be without merit. Accordingly, for the reasons stated above, the judgment of the district court is **AFFIRMED**.


FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK